UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PLY GEM HOLDINGS, INC., SECURITIES LITIGATION | x : : : : : : : : : : x |
| This Document Relates To:<br><br>ALL ACTIONS. | |

Civil Action No. 1:14-cv-03577-JPO

<u>CLASS ACTION</u>

LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF THE PLAN OF ALLOCATION

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff The Strathclyde Pension Fund, on behalf of the Class, through counsel, will move this Court on June 29, 2018, at 10:30 a.m., before the Honorable J. Paul Oetken, for entry of orders and judgments, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the settlement; and (2) approving the proposed Plan of Allocation.  This motion is based on: (i) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Approval of the Plan of Allocation; (ii) the Declaration of Robert M. Rothman in Support of: (1) Lead Plaintiff's Motion for Final Approval of Settlement and Approval of the Plan of Allocation, and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4); (iii) the Declaration of Jose Fraga; (iv) the Declaration of Lead Plaintiff; (v) the Stipulation and Agreement of Settlement; and (vi) all other proceedings herein.

1437564_1

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before June 22, 2018.

DATED:  May 25, 2018

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
ERIN W. BOARDMAN
CHRISTOPHER T. GILROY

*s/ Robert M. Rothman*
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com
eboardman@rgrdlaw.com
cgilroy@rgrdlaw.com

Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Robert M. Rothman, hereby certify that on May 25, 2018, I caused a true and correct copy of the attached:

> Lead Plaintiff's Notice of Motion and Motion for Final Approval of Settlement and Approval of the Plan of Allocation

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filings to all counsel registered to receive such notice.


*s/ Robert M. Rothman*
ROBERT M. ROTHMAN